# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ENITAN AYODEJI LIJADU** | **CIVIL ACTION NO. 06-0518** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **IMMIGRATION AND NATURALIZATION SERVICE, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 40], together with the written objection thereto filed with this Court [Doc. No. 44], and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant Dale Dauzat's Motion for Summary Judgment [Doc. No. 25] is GRANTED, and Plaintiff's claims against Dale Dauzat are DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Motion for a [sic] Summary Judgment [Doc. No. 30] is DENIED.

MONROE, LOUISIANA, this 15th day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE