RECEIVED
IN MONROE, LA

AUG 27 2007
AC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| ENITAN AYODEJI LIJADU | * | CIVIL ACTION NO. 06-0518<br>Section P |
| VERSUS | * | JUDGE JAMES |
| IMMIGRATION AND NATURALIZATION SERVICE, ET AL. | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that defendant, John Mata's motion to dismiss for lack of personal jurisdiction [doc. # 56] be, and it is hereby **GRANTED**, and that plaintiff's claims against said defendant are hereby **DISMISSED, without prejudice**.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant, Timothy J. Pelamati's (incorrectly named Agent Palamante) motion for summary judgment [doc. # 56], be, and it is hereby **GRANTED**, and that judgment is hereby entered in favor of Timothy J. Pelamati **DISMISSING with prejudice** plaintiff's claims against said defendant.

THUS DONE AND SIGNED this 27 day of August ,2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION